

# Fourth Court of Appeals
## San Antonio, Texas

February 23, 2021

No. 04-21-00023-CV

**IN THE INTEREST OF B.G.G., A CHILD**

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 13834
Honorable Albert D. Pattillo, III, Judge Presiding

## O R D E R

The clerk's record was originally due by February 5, 2021, but was not filed. On February 11, 2021, the district clerk filed a notification of late record, stating that the clerk's record was not filed because appellant had failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant was not entitled to appeal without paying the fee.

We therefore **ORDER** that appellant provide written proof to this court that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee **by March 5, 2021**. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of February, 2021.

_____
Michael A. Cruz,
Clerk of Court